# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL HIJUITL ALMONTE

: No. 250 MAL 2021
:
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
ECN STAFFING, INC.; ROARING CREEK :
EGG FARMS, LLC; ADAMS BUILDING :
CONTRACTORS OF PA D/B/A ABC YORK, :
INC.;  CONCRETE WALLS UNLIMITED :
CO., LLC; REBEL'S CONSTRUCTION, INC. :
AND HERSHEY EQUIPMENT COMPANY, :
INC. :
:
:
PETITION OF: HERSHEY EQUIPMENT :
COMPANY INC. :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2023, the Petition for Allowance of Appeal

is **DENIED**.